UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YEVGENIYA PROKOPISHEN,

                Plaintiff,

-against-

AMRESORTS, L.P.,

CHEAPCARIBBEAN.COM, INC.

and

DREAMS LA ROMANA RESORT & SPA,

                Defendants.

Civil Action No.: 14 cv 07173 (NG)(SMG)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff YEVGENIYA PROKOPISHEN and her counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendants, AMRESORTS, L.P., CHEAPCARIBBEAN.COM, INC., and DREAMS LA ROMANA RESORT & SPA.

Dated: 08.26.2015

_____
YEVGENIYA PROKOPISHEN

_____
LAW OFFICES OF FREKHTMAN & ASSOCIATES
Attorneys for Plaintiff
60 Bay 26th Street
Brooklyn, New York 11214
(786) 331-7700